Hahnemann Institutions of Chicago, Inc., for the use of First National Bank of Palatine, appellee, v. Central Republic Bank and Trust Company, successor by consolidation to Central Trust Company of Illinois, appellant. Gen. No. 35,909.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Earl K. Schiek, of counsel. William Annan Taylor, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

Edward E. Novak, appellant, v. Peter W. Hansen, appellee. Gen. No. 35,919.

Opinion filed March 29, 1933.
Novak & Turek, for appellant. No appearance for appellee.
Mr. Justice Hebel delivered the opinion of the court.

David B. Franz, appellee, v. Canton Rolling Mill Corporation et al., defendants, on appeal of Godfrey Cohn et al., appellants. Gen. No. 35,937.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Lowenhaupt & Wolff, for appellant Godfrey Cohn. Schwartz & Nafshun, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

William Fetzer, defendant in error, v. South Santa Fe Land & Development Company, plaintiff in error. Gen. No. 36,001.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Johan Waage, for plaintiff in error. Simon T. Sutton, for defendant in error.
Mr. Justice Hebel delivered the opinion of the court.